**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2018

**MEMO ENDORSED**

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2018

RE:    United States v. DiMarco and Von Ditmar,
        18 Cr. 863 (LAK)

Dear Judge Kaplan:

       The Government writes to request that the Court set a pre-trial conference date in the above-captioned matter for January 7, 2019. The Government understands that the requested pre-trial conference date is the first available date on the Court's calendar for the requested appearance. At the requested appearance, the Government anticipates that each defendant will be arraigned on Indictment No. 18 Cr. 863 (the "Indictment"), which was returned by a Grand Jury sitting in this district on December 4, 2018. Mr. DiMarco was presented on the Indictment on or about December 6, 2018, at which time the Magistrate Court excluded time under the Speedy Trial Act through December 17, 2018.

       In light of the foregoing, and in the interest of justice, the Government moves on the consent of both defendants for the exclusion of time under Title 18, United States Code, Section 3161, to run from December 17, 2018 through January 7, 2019.

Respectfully submitted,

Granted. Time is excluded through
January 7, 2019. SO ORDERED.

GEOFFREY S. BERMAN
United States Attorney

Date: December 13, 2018

*Loretta A. Preska*
United States District Judge
Loretta A. Preska

by: _____/s/_____
Noah Falk
Assistant United States Attorney
(212) 637-1085

cc: All parties (via ECF)