| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA        :<br>                                        :<br>      -against-                             :<br>ANTONIO DiMARCO and JOAKIM VON  :<br>DITMAR,                               :<br>                   Defendant.  :<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/7/2019<br><br>18-CR-863 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 6, 2019, the parties appeared for a conference; and

      WHEREAS both Defendants were arraigned on the Superseding Indictment [Dkt. 30] and entered pleas of not guilty,

      IT IS HEREBY ORDERED that no later than **June 14, 2019**, the United States must produce to Defendants the email box and ninety gigabytes of smartphone data identified at the conference, as well as any other discovery.  Absent extraordinary circumstances, the Court will not adjourn this deadline.  No later than **June 19, 2019**, the Government must file a letter confirming that all the discovery it has produced has been made available in the Metropolitan Detention Center for Defendant DiMarco's review—e.g., placed in the law library in an accessible hard drive.

      IT IS FURTHER ORDERED that jury selection and trial are ADJOURNED to **October 23, 2019, at 10:00a.m.**  Defendants' response(s) to the Government's motion in limine, *see* Dkt. 32, is due no later than **June 17, 2019**.  Proposed voir-dire questions and requests to charge are due no later than **September 20, 2019**.   (The parties should submit only questions which are tailored to the facts of this case.)  The Government is encouraged to provide the Defendants with

Section 3500 material, exhibit lists, and witness lists not later than **October 21, 2019.** The parties must appear for a final pretrial conference on **October 17, 2019, at 2:00 p.m.**

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C § 3161(h)(7)(A), time under the Speedy Trial Act is excluded between June 6, 2019 and October 23, 2019. For the reasons stated on the record during the June 6, 2019 conference and to allow the parties adequate time to review the voluminous new discovery in this action and to adequately prepare for trial, the Court finds that the ends of justice outweigh the public's and Defendants' interests in a speedy trial.

**SO ORDERED.**

**Date:  June 7, 2019**  
       **New York, NY**

_____  
**VALERIE CAPRONI**  
**United States District Judge**