UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

        -against-                                         :

                                                                      :

ANTONIO DIMARCO,                              :

        Defendant.                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/2019
```

**EX PARTE ORDER**
18 Cr. 863 (VAC)

Upon the letter application of Jason E. Foy, Esq, the assigned attorney for the defendant, ANTONIO DIMARCO, for an order authorizing necessary services pursuant to 18 USC §3006A(e)(1),

**IT IS HEREBY ORDERED,** that attorney James B. Seplowitz is appointed as Associate Counsel in the above captioned case, subject to the hourly rate of $110.00 per hour.

Dated: July 25, 2019
New York, New York

SO ORDERED.

_____
HONORABLE VALERIE E. CAPRONI
District Judge of the SDNY