

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

July 25, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/25/2019
```

**VIA EMAIL** CaproniNYSDChambers@nysd.uscourts.gov

The Honorable Valerie E. Caproni, District USDJ
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    **US v. Antonio DiMarco**
              **Dkt. # 18 Cr. 863**

Dear Judge Caproni:

I respectfully request that my partner, James B. Seplowitz, be appointed as Associate counsel at the rate of $110.00 per hour. Additional counsel is need in preparation for the upcoming October 23, 2019 trial. Mr. Seplowitz exclusively practices criminal defense work in New York and New Jersey and is a member in good standing with the SDNY, State of New York and New Jersey. Mr. Seplowitz has previously been appointed on federal cases in the SDNY, namely, <u>US v. Stiven Siri-Reynoso</u> and <u>US v. Gerald Cooper</u>. Other than clerking for a New Jersey State Court Judge who presided over criminal cases, Mr. Seplowitz has exclusively practiced criminal law since 2004.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com