USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___09/13/2019___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA                          :
                                                  :
            -against-                             :          18-CR-863 (VEC)
                                                  :
ANTONIO DiMARCO and JOAKIM VON                    :             ORDER
DITMAR,                                           :
                                                  :
                            Defendant.            :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2019, the parties appeared for a status conference;

IT IS HEREBY ORDERED that jury selection and trial are adjourned to **December 9,**

**2019 at 10:00 am**.  Voir Dire questions and Requests to Charge are due no later than **November**

**15, 2019**.  A final pretrial conference is scheduled for **November 26, 2019 at 2:00 pm**.

IT IS FURTHER ORDERED that, for the reasons stated on the record, time is excluded

until **December 9, 2019** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).


**SO ORDERED.**

**Date:  September 13, 2019**                    _____
**       New York, NY**                                    **VALERIE CAPRONI**
                                                 **United States District Judge**