**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

November 26, 2019

**VIA ECF**

The Honorable Judge Valerie E. Caproni
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. DiMarco et al**
      **18 Cr. 863 (VEC)**

Honorable Judge Caproni:

    I write with the consent of Pre-trial Services and the Government to respectfully request that the Court allow Mr. Von Ditmar to obtain his passport for two hours on either November 26, 2019 or November 27, 2019, so that he can obtain a marriage license.

    On October 9, 2019, Magistrate Judge James L. Cott imposed bail conditions including: $250,000 PRB; 2 FRP; travel restricted to SDNY/EDNY; surrender travel documents (and no new applications); pretrial supervision: strict; curfew; electronic monitoring; GPS; defendant to be detained until surrender of all travel documents, including all foreign passports.

    Since his release, Mr. Von Ditmar has been compliant with his bail conditions and reports as directed. We respectfully request that you allow Mr. Von Ditmar access to his passport so that he can obtain his marriage license. Mr. Von Ditmar's Finnish passport is currently possessed by Pretrial Services. It is also the only form of identification Mr. Von Ditmar has that the New York City Office of the City Clerk would recognize for the purpose of issuing a marriage license.

    Should the Court allow, Mr. Von Ditmar will pick up the passport from Pretrial Services, go directly to City Hall to obtain the marriage license, and then immediately return the passport to Pretrial Services. Mr. Von Ditmar will use his passport for the sole reason of obtaining his marriage license. We don't anticipate that this process will take more than an hour.

    Thank you for your consideration of this matter.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**SO ORDERED:**

_____
**HONORABLE VALERIE E. CAPRONI**
**UNITED STATES MAGISTRATE JUDGE**

cc:   AUSA Abigail Kurland (by e-mail)
      AUSA Tara Marie La Morte (by e-mail)
      Pre-trial Services Officer Francesca Piperato (by e-mail)