

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230



January 21, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/22/2020
```

**FILED VIA ECF**

Honorable Valerie E. Caproni, USDJ
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

      **Re:** **US v. Antonio DiMarco**
           **Dkt. # 18 Cr. 863**
           **First Adjournment Request of Sentencing**

Dear Judge Caproni:

Please allow this letter to serve as the first adjournment request of the February 7, 2020 sentencing proceedings. The request for the adjournment is due to of the mitigation specialist needing additional time to obtain personal records (i.e. medical, educational, etc.). Furthermore, we are exploring the possibility of arranging for a psychological evaluation of Mr. DiMarco based upon information learned during the preparation for sentencing. I have conferred with the Government and they consent to the application for an adjournment. Based upon the foregoing, I am requesting a lengthy adjournment, until the 1st week of June.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

    cc:    AUSA Tara LaMorte
             AUSA Abigail Kurland
             Antonio DiMarco

Application GRANTED. The sentencing hearing scheduled for February 7, 2020, is adjourned to **June 2, 2020, at 2:00 p.m.** The parties' sentencing submissions are due no later than **May 19, 2020**. Given the length of this adjournment, additional requests are unlikely to be granted.

SO ORDERED.

*Valerie Caproni*
1/22/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE