

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

May 19, 2020

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Antonio DiMarco, et al.</u>
               **18 Cr. 863 (VEC)**
               **Request to File Sentencing Memorandum Under Seal**

Judge Caproni:

Pursuant to FRCP 49.1(d), I am requesting permission to file Mr. DiMarco's entire sentencing submission under seal without redactions. The submissions will include BOP medical records for Mr. DiMarco and other personal information that is sensitive in nature.

We will forward the materials to chambers via email at caproninysdchambers@nysd.uscourts.gov later this afternoon. I will also FedEx a courtesy bound copy to chambers this week.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:    AUSA Abigail Kurland
        Antonio DiMarco