

| | | |
|---|---|---|
| 105 MAIN STREET<br>HACKENSACK, NJ 07601<br>TEL: 201-457-0071<br>FAX: 201-457-0072 | **MEMO ENDORSED**<br>WWW.FOYSEPLOWITZ.COM | 30 WALL STREET<br>8TH FLOOR<br>NEW YORK, NY 10005<br>TEL: 212-709-8230 |

May 19, 2020

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020
```

        **Re:**    <u>**United States v. Antonio DiMarco, et al.**</u>
                 **18 Cr. 863 (VEC)**
                 **Request to File Sentencing Memorandum Under Seal**

Judge Caproni:

Pursuant to FRCP 49.1(d), I am requesting permission to file Mr. DiMarco's entire sentencing submission under seal without redactions. The submissions will include BOP medical records for Mr. DiMarco and other personal information that is sensitive in nature.

We will forward the materials to chambers via email at caproninysdchambers@nysd.uscourts.gov later this afternoon. I will also FedEx a courtesy bound copy to chambers this week.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

    cc:    AUSA Abigail Kurland
             Antonio DiMarco

Application GRANTED. The Court will accept the submissions under seal, but ultimately only sensitive information will be allowed to remain under seal.

SO ORDERED.

*Valerie Caproni*    5/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE