USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/21/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

ANTONIO DIMARCO,

                    Defendant.
------------------------------------------------------------- X

S-1 18-CR-863 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing hearing is scheduled for June 2, 2020;

    WHEREAS the Defendant has consented to proceeding with a sentencing via videoconference;

    WHEREAS there are a number of victims of Defendant's crime who have a right to appear and be heard at sentencing;

    IT IS HEREBY ORDERED that the Government must ascertain from the victims whether any wishes to appear or be heard at the hearing not later than **May 26, 2020**.

    IT IS FURTHER ORDERED that the Government must inform all victims that regardless of whether he or she wishes to appear or be heard, any written submission that the victim wishes to make must be filed on or before **May 29, 2020**.

**SO ORDERED.**

Date: May 21, 2020
      New York, NY

                                                    **VALERIE CAPRONI**
                                                  **United States District Judge**